[No. 2758.  Decided October 25, 1897.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM H. BARKULOO, *Respondent*.

Appeal from Superior Court, Spokane County.—Hon. W. E. RICHARDSON, Judge.

*John A. Pierce*, Prosecuting Attorney, and *Harris Baldwin*, for The State.

*Per Curiam.*—For the reasons assigned in *State v. Barkuloo*, *ante*, p. 52, the judgment will be reversed.

---

[No. 2771.  Decided November 1, 1897.]

OLE MOSKELAND, *Appellant*, v. WM. STEPHENS et al., *Respondents*.

Appeal from Superior Court.—Snohomish County.—Hon. FRANK T. REID, Judge.  Appeal dismissed.

*Porter & Olohecy*, for appellant.
*D. W. Craddock*, for respondents.

*Per Curiam.*—This was an action at law for a sum less than two hundred dollars, and as the action did not involve the legality of a tax, impost, assessment, toll, municipal fine, or the validity of a statute, under section 4, article 4, of the constitution of the state of Washington, this court has no jurisdiction to try the cause.  The appeal is therefore dismissed.